# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **M.B.D. Case No.  22-mc-91530-PBS** |
| | ) | |
| **BRIAN ANDREW BUSHELL,** | ) | |
| **Defendant** | ) | |

## JOINT MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT OR INFORMATION, AND EXCLUSION OF TIME, <u>UNDER THE SPEEDY TRIAL ACT</u>

The United States of America, by and through Assistant United States Attorney David M. Holcomb, and the defendant through undersigned counsel, respectfully move this Court to grant a continuance of the time within which an indictment or information must be filed, and exclude the time period from March 13, 2023 through and including May 12, 2023 from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial. The parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*.  In support of this request, the parties state as follows:

1.      On October 24, 2022, the parties filed a first request to exclude time in this matter (which was initiated by a criminal complaint in *United States v. Bushell*, 22-MJ-04506 (DHH)).  The request asked that the period from the date of filing through and including November 23, 2022 be

excluded from calculations under the Speedy Trial Act. As grounds, the parties stated that they had been engaged in preliminary plea discussions that might result in a plea agreement and obviate the need for an indictment.

2. On October 25, 2022, the Court granted that request and ordered that the time period from October 24, 2022 and November 23, 2022 be excluded.

3. On December 9, 2022, the parties filed a second request to exclude time in this matter. The request asked that the period from December 9, 2022 through and including March 13, 2023 be excluded from calculations under the Speedy Trial Act. As grounds, the parties stated that they continued to review relevant evidence and engage in discussions regarding a potential pre-indictment resolution of the case.

4. On December 9, 2022, the Court granted that request and ordered that the time period from December 9, 2022 through and including March 13, 2023 be excluded.

5. The parties agree that this third requested exclusion of time will permit defense counsel to adequately confer with the Defendant and allow the parties to further review relevant evidence and discuss the possibility of a pre-indictment resolution of the case.

6. The parties agree that, if the requested time is excluded, the government has until May 12, 2023 to return an indictment in this case.

7. The Defendant is not being held in custody on the basis of the complaint.

8. A proposed order is attached.

Respectfully submitted,

BRIAN ANDREW BUSHELL
By his attorneys,

/s/ Thomas E. Dwyer
THOMAS E. DWYER, JR.
CHRISTOPHER M. HYNES
Dwyer LLC
10 Derne Street
Boston, Massachusetts 02114
(617) 227-6000

RACHAEL S. ROLLINS
United States Attorney

By: /s/ David M. Holcomb
DAVID M. HOLCOMB
Assistant U.S. Attorney
U.S. Attorney's Office for the
District of Massachusetts
1 Courthouse Way, #9200
Boston, Massachusetts 02210
(617) 748-3100

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:    <u>*/s/ David M. Holcomb*</u>
DAVID M. HOLCOMB
Assistant U.S. Attorney