UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | M.B.D. Case No. 22-mc-91530-PBS |
| ) | |
| **BRIAN ANDREW BUSHELL,** ) | |
| **Defendant** ) | |

**ORDER OF CONTINUANCE AND EXCLUDABLE DELAY**

February 16, 2023

**SARIS, D.J.**

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties are engaged in preliminary discussions regarding the possible resolution of this matter (which was initiated by a criminal complaint in *United States v. Bushell*, 22-MJ-04506 (DHH)), which might result in a plea and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will provide the parties an opportunity to engage in possible plea negotiations before the government is required to seek an indictment.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from March 13, 2023 through and including May 12, 2023 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to May 12, 2023; and (2) the period from March 13, 2023 through and including May 12, 2023 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

HON. PATTI B. SARIS
**UNITED STATES DISTRICT JUDGE**